UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DUARTE AND LUZ DUARTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC, a Limited Liability Company; BNC MORTGAGE, INC., a Delaware corporation; FIRST AMERICAN LOANSTAR TRUSTEE, a Company of Texas; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 09-401-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against FIRST AMERICAN LOANSTAR TRUSTEE SERVICES is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>March 31, 2009</u>

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge