UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL DUARTE AND LUZ DUARTE,<br><br>           Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, a Limited Liability Company; BNC MORTGAGE, INC., a Delaware corporation; FIRST AMERICAL LOANSTAR TRUSTEE, a Company of Texas; DOES 1 through 50, inclusive,<br><br>           Defendants.<br>_____ | Case No. EDCV 09-401-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against CHASE HOME FINANCE, L.L.C. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 7, 2009

                                       /s/ Virginia A. Phillips
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge